PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

## United States District Court
### for the
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Crim. No. 11-40044-001 |
| Ronald L. Helton | ) |

On January 9, 2018, the above named was placed on supervised release for a period of 10 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

**Redacted**

Sara J. Dykstra
Supervisory U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 5 day of June, 2025

Honorable Jonathan Hawley
United States District Judge